DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400

Attorneys for Plaintiff
FN CELLARS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FN CELLARS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KLEIN FOODS, INC. d/b/a RODNEY STRONG VINEYARDS, a California corporation,<br><br>Defendant. | Case No. 4:15-cv-05158-KAW<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FN Cellars, LLC, through its undersigned counsel of record, hereby voluntarily dismisses the above-captioned action, with prejudice, against Defendant Klein Foods, Inc. d/b/a Rodney Strong Vineyards, who has neither answered nor moved for summary judgment in this action.  Each party shall bear its own attorneys' fees and costs.

Dated:  December 28, 2015              ARNOLD & PORTER LLP


                                       By: */s/ Douglas A. Winthrop*
                                            DOUGLAS A. WINTHROP

                                       Attorneys for Plaintiff
                                       FN CELLARS, LLC